R. G. Ludwig, trading as R. G. Ludwig & Company, appellee, v. Valentine Geisen, appellant. Gen. No. 30,440.

Action to recover commissions for sale of property. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 29, 1926.

Frank F. Tollkuehn, for appellant; Joseph P. Power, of counsel. I. B. Perlman, for appellee; Avern B. Scolnik, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

Lawrence M. Hargis, appellant, v. Samuel McCallen and Charles B. Hale, trading as Mechanical Specialties Manufacturing Company, appellees. Gen. No. 30,446.

Action upon negotiable instruments. Judgment for plaintiff by default. Order denying motion to set aside judgment. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed March 29, 1926.

Van Natta & King, for appellant. No appearance for appellees.

Mr. Justice Johnston delivered the opinion of the court.

Central Realty & Investment Company, appellant, v. Patrick W. Barrett et al., appellees. Gen. No. 30,467.

Action to recover commissions for sale of real estate. Judgment for defendants. Appeal from the Circuit Court of Cook county; the Hon. Harry W. McEwen, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 29, 1926.

Isaac S. Rothschild, for appellant. Kelly & Murphy, for appellees.

Mr. Justice Johnston delivered the opinion of the court.

Fleetwood Preston, appellee, v. Leon Tatz, appellant. Gen. No. 30,569.

Action for personal injuries. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. M. L. McKinley, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 29, 1926.

Samuel P. Gurman and Thomas M. Zasadil, Jr., for appellant; Thomas M. Zasadil, Jr., of counsel. H. A. Barnhardt, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

W. A. Jackson Company, appellee, v. Elaborated Ready Roofing Company, appellant. Gen. No. 30,578.

Action to recover balance due for labor and material furnished. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John Bedinger, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed March 29, 1926.

Weil, Ward & Adams, for appellant. Joseph F. Grossman, for appellee.

Mr. Justice Johnston delivered the opinion of the court.